Bartholomew Dunn, as Executor, etc., of Thomas J. Dunn, Deceased, Appellant, v. The City of New York, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. William Deans, Relator, v. Rhinelander Waldo, as Police Commissioner of The City of New York, Respondent.— Writ dismissed and proceedings affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Carnegie Trust Company, Appellant, v. State Bank of Commerce (Wallace, Idaho), Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Cecile De Wentworth, Appellant, v. Edward J. McGuire, Respondent.— Order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ. (Scott, J., dissented.)

Schencke Piano Company, Appellant, v. Philadelphia Casualty Company, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ. (Scott, J., dissented.)

P. J. Kane Contracting Company, Respondent, v. Wills & Marvin Company and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott and Dowling, JJ.

John Henry Watson, Plaintiff, v. William Beaver and Joseph F. Condon, Appellants, Impleaded with Sylvester S. McGrath, Respondent, and Another.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott and Dowling, JJ.

Patrick Ryan, Appellant, v. The City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. King, Rice & Ganey Company, Appellant, v. William A. Prendergast, as Comptroller of The City of New York, Respondent. The People of the State of New York ex rel. King, Rice & Ganey Company, Appellant, v. William A. Prendergast, as Comptroller of The City of New York, and New Paltz Contracting Company, Respondents.— In each case order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Ulrike Sternberg and Others, Appellants, v. Louis Metzger & Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.